UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY ROY CROSBY,** | No. LA CV 14-08607-VBF-FFM |
| **Petitioner,** | |
| v. | JUDGMENT |
| RICHARD IVES, Warden, U.S.P. Victorville, | |
| Respondent. | |

Pursuant to the Court's Order issued contemporaneously herewith,

IT IS ADJUDGED that the habeas corpus petition is dismissed without prejudice.

DATED: December 3, 2014

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
Senior United States District Judge